IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. HOLLINGSWORTH, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-503 (JLH) ) |
| JANET YELLEN, | ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington, this 9th day of October, 2025, having considered *de novo* the April 4, 2025 Report and Recommendation by United States Magistrate Judge Christopher J. Burke (D.I. 11);

IT IS HEREBY ORDERED that Magistrate Judge Burke's Report and Recommendation (D.I. 11) is **ADOPTED**;

IT IS FURTHER ORDERED that the Complaint (D.I. 3) is **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2), because it fails to state a claim and because Defendant is immune from suit; and

IT IS FINALLY ORDERED that this case is **CLOSED** because amendment is futile.

_____
The Honorable Jennifer L. Hall
United States District Judge